UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT and KATHY CONNELLY<br>V.<br><br>AIR & LIQUID SYSTEMS, ET AL | )<br>)<br>)   C.A. No. 12-189L<br>)<br>)<br>) |

O R D E R

The Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated May 29, 2012, recommending that the Motion for Summary Judgment filed by defendant General Electric be granted, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, defendant General Electric hereby is dismissed from this case.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
October 17, 2012